

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-26-00277-CV

Brett Mundy, Appellant

v.

Donna Savell and Matthew McCollum, Appellees

On Appeal from the 22nd District Court
Hays County, Texas
Trial Court No. 23-1520

## MEMORANDUM OPINION

Before this Court is Appellant's unopposed motion to dismiss this appeal. Appellant states that the parties have reached an agreement resolving all claims in the underlying case.

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose of an appeal on the motion of the appellant or by agreement of the parties. On the motion of appellant, the court may dismiss the appeal or affirm the appealed judgment or order. Tex. R. App. P. 42.1(a)(1). When parties file an agreement signed by all parties or their attorneys, the court may: "(A) render judgment effectuating the parties' agreement; (B) set aside the trial court's

judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." Tex. R. App. P. 42.1(a)(2)(A)–(C).

The parties have not filed a copy of their settlement agreement with this Court's clerk as required for a dismissal under Rule 42.1(a)(2). We conclude that the motion seeks a voluntary dismissal by Appellant pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) (providing for dismissal on appellant's motion). The motion is granted, and the appeal is dismissed. Costs are taxes against Appellant. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

July 31, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.